UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Mary B. Santleman,

               Plaintiff,                        Civil No. 04-2941 (RHK/JSM)

vs.                                            **O R D E R**

Gary Pearl and Ginger Kell, acting in
their individual capacities as deputies of the
Ramsey County Sheriff's Department;
John Doe and Richard Roe, acting in their
individual capacities as deputies of the
Ramsey County Sheriff's Department; and
Ramsey County,

               Defendants.

_____

      Based on the Stipulation, having been presented to the Court on behalf of the above parties,

      **IT IS HEREBY ORDERED** that the above-entitled action against Gary Pearl and Ginger Kell in their individual capacities, the Ramsey County Sheriff's Department and Ramsey County, and all other persons, are **DISMISSED WITH PREJUDICE** and on the merits and without costs, attorney's fees or disbursements to any party, pursuant to Minn. Stat. § 466.08.

      **LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY**.


Dated:  July 6, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge